AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Alexis Vazquez and Misael Martinez<br><br>*Defendant(s)* | )<br>)<br>)    Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 18, 2016__ in the county of __Jim Hogg__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Knowingly, willfully, and unlawfully possess with intent to distribute a controlled substance listed under Schedule II, of the Controlled Substances Act, to wit; 6.5 kilograms of cocaine. |
| 21 U.S.C. § 846 | The defendant did knowingly and unlawfully conspire to possess with the intent to distribute the above listed cocaine. |

This criminal complaint is based on these facts:

See attachment "A"

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Edward Maya, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/21/2016

_____
*Judge's signature*

City and state: Laredo, TX        Guillermo R. Garcia, U.S. Magistrate Judge
*Printed name and title*

## Attachment "A"

I, Edward Maya, a Special Agent with Homeland Security Investigations, have knowledge of the following facts:

1. On November 18, 2016, Homeland Security Investigations (HSI) Laredo special agents provided information to United States Border Patrol Agents regarding a cocaine smuggling venture.

2. On November 18, 2016, HSI special agents were contacted by Border Patrol Agents in Hebbronville, Texas, and advised that the information provided had resulted in the detention of Alexis Vazquez and the seizure of approximately 6.5 kilograms of cocaine. Border Patrol Agents explained Vazquez arrived at the Border Patrol Checkpoint near Hebbronville, Texas, operating a 2014 Nissan Sentra. During a search of the vehicle, Border Patrol Agents discovered approximately 6.5 kilograms of cocaine inside a 5 gallon container being transported by Vazquez.

3. After the discovery of the narcotics, Border Patrol Agents stated Vazquez told them the vehicle he was following was also involved and that the driver's name was Misael Martinez. Border Patrol Agents transmitted a look out for the black Ford Focus Martinez was driving. Border Patrol Agents subsequently encountered Martinez in Hebbronville and detained him.

4. HSI Special Agents advised Vasquez of his Miranda Rights in the Spanish Language, to which he agreed to waive his rights and speak to HSI special agents without an attorney present. Vasquez admitted knowledge of the narcotics found in his vehicle and further stated that Martinez had offered to pay him $2,000.00 to transport the narcotics to Dallas, Texas.

5. HSI Special Agents advised Martinez of his Miranda Rights in the Spanish Language, to which he agreed to waive his rights and speak to HSI special agents without an attorney present. Martinez admitted to recruiting Vazquez and providing the narcotics to him in exchange for a payment of $1,800.00.

6. Vazquez and Martinez were arrested for violating 21 USC 841 and 21 USC 846 and transported to the Webb County Jail.