# STATEMENT IN SUPPORT OF PROBABLE CAUSE

IN RE: Alexis Vazquez and Misael Martinez

I, Edward Maya, declare and state as follows:

On November 18, 2016, Homeland Security Investigations (HSI) Laredo special agents provided information to United States Border Patrol Agents regarding a cocaine smuggling venture.

On November 18, 2016, HSI Special Agents were contacted by Border Patrol Agents in Hebbronville, Texas, and advised that the information provided had resulted in the detention of Alexis Vazquez and the seizure of approximately 6.5 kilograms of cocaine. Border Patrol Agents explained Vazquez arrived at the Border Patrol Checkpoint near Hebbronville, Texas, operating a 2014 Nissan Sentra. During a search of the vehicle, Border Patrol Agents discovered approximately 6.5 kilograms of cocaine inside a 5 gallon container being transported by Vazquez.

After the discovery of the narcotics, Border Patrol Agents stated Vazquez told them the vehicle he was following was also involved and that the driver's name was Misael Martinez. Border Patrol Agents transmitted a look out for the black Ford Focus Martinez was driving. Border Patrol Agents subsequently encountered Martinez in Hebbronville and detained him.

HSI Special Agents advised Vasquez of his Miranda Rights in the Spanish Language, to which he agreed to waive his rights and speak to HSI special agents without an attorney present. Vasquez admitted knowledge of the narcotics found in his vehicle and further stated that Martinez had offered to pay him $2,000.00 to transport the narcotics to Dallas, Texas.

HSI Special Agents advised Martinez of his Miranda Rights in the Spanish Language, to which he agreed to waive his rights and speak to HSI special agents without an attorney present. Martinez admitted to recruiting Vazquez and providing the narcotics to him in exchange for a payment of $1,800.00.

Vazquez and Martinez were arrested for violating 21 USC 841 and 21 USC 846 and transported to the Webb County Jail.

I find probable cause that the defendant(s) committed an offense against the laws of the United States and may be therefore further detained pending presentment before a judicial officer.

November 20, 2016, 05:35 PM, at Laredo, Texas.

Guillermo R. Garcia
United States Magistrate Judge

I declare (certify, verify, or state) under penalty of perjury that the forgoing is true and correct. Executed on the ___20___ day of _____November_____, 2016___.

Edward Maya
Special Agent
Homeland Security Investigations

Having reviewed the foregoing declaration, I find probable cause that the defendant(s) named above committed an offense against the laws of the United States and may therefore be further detained pending presentment before a judicial officer.

Executed on the _____ day of _____, 20_____.

UNITED STATES MAGISTRATE JUDGE